UNITED STATES of America,
Plaintiff–Appellee,

v.

Andrew J. STEPHENS, a.k.a. Drew
Stephens, Defendant–
Appellant.

No. 06–14713
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 21, 2007.

Mara Allison Guagliardo, Federal Public Defender, Tampa, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Middle District of Florida, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

M. Allison Guagliardo, counsel for Andrew J. Stephens in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

---

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Stephens's conviction and sentence are **AFFIRMED.**